EXHIBIT

DEFENDANT 1 LISTINGS









# HANDY SIZE AND LIGHTWEIGHT



25cm/9.84inch

29.5cm/11.61inch



127cm/50inch

152cm/59.84inch











EXHIBIT

Defendant 2 Listings













# DIMENSIONS



**PLUSH SOFT FLEECE**

10in/25.4cm

12"

60"

50"

**PERFECT FOR TRAVELING**

BREATHABLE   ANTI-PILL

LIGHTWEIGHT   ANTI-FADE   MACHINE WASHABLE



**EXHIBIT**

Defendant 3 Listings

















